# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| FELICIA GIBSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 5:21-CV-00059-TES |
| ) | |
| STANDARD INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT STANDARD INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Standard Insurance Company ("Standard") submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

1) The undersigned counsel of record for Standard certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiff Felicia Gibson.**

**Defendant Standard Insurance Company.**

**StanCorp Financial Group, Inc.**, parent company of Standard.

WBD (US) 46881797v1

2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None known to Standard at this time.

3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiff**:

Heather K. Karrh
Rogers, Hofrichter & Karrh, LLC
225 S. Glynn Street, Suite A
Fayetteville, Georgia 30214
(770) 460-1118
hkarrh@rhkpc.com

Joel Grist
Grist Law Firm
3715 Vineville Avenue
Macon, Georgia 31204
(478) 741-0024
JoelGrist@sTruckLawyer.com

**For Defendant Standard**:

Elizabeth J. Bondurant
Brendan H. White
Womble Bond Dickinson (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, Georgia 30363-1017

(404) 872-7000
lisa.bondurant@wbd-us.com
brendan.white@wbd-us.com

Respectfully submitted this the 19th day of April, 2021.

/s/ *Elizabeth J. Bondurant*
Elizabeth J. Bondurant
Georgia Bar No. 066690
Brendan H. White
Georgia Bar No. 458315

*Attorneys for Defendant*

WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW
Suite 2400
Atlanta, GA 30363-1017
(404) 872-7000 (telephone)
lisa.bondurant@wbd-us.com
brendan.white@wbd-us.com

- 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically provide notice to all attorneys of record by electronic means.

This 19th day of April, 2021.

>                    /s/ *Elizabeth J. Bondurant*
>                    Elizabeth J. Bondurant
>                    Georgia Bar No. 066690