IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| FELICIA GIBSON ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 5:21-CV-00059-TES |
| ) | |
| STANDARD ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant ) | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Defendant's Certificate of Interested Persons and Corporate Disclosure Statement is complete with the exception to its answer to number 2. The undersigned further certifies that the following if a full and complete list of all other persons associated with firms, partnerships and corporations having a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

1. Rogers, Hofrichter & Karrh, LLC, 225 S. Glynn Street, Suite A, Fayetteville, GA 30214. (770)460-1118.

2. Mr. Joel Grist, Esq., 3715 Vineville Avenue, Macon, GA 31204. (478)751-0024

1

This 3rd day of May, 2021.

                                          *s/ Heather K. Karrh*
                                          Heather K. Karrh
                                          Georgia Bar No. 408379

                                          Attorney for Plaintiff

ROGERS, HOFRICHTER &
   KARRH, LLC
225 S. Glynn Street, Suite A
Fayetteville, Georgia 30214
(770) 460-1118 (telephone)
(770) 460-0920 (facsimile)
Hkarrh@rhkpc.com

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

Pursuant to Local Rule 5.1C, ND Ga. And Standing Order No. 04-01, the foregoing pleading is prepared in Times New Roman, 14 point, and was filed using the CM/ECT system, which will automatically provide notice to the following attorneys of record by electronic means:

Elizabeth J. Bondurant

This  3rd  day of May, 2021.

*s/ Heather K. Karrh*
Heather K. Karrh
Georgia Bar No. 408379

Attorney for Plaintiff

ROGERS, HOFRICHTER &
   KARRH, LLC
225 S. Glynn Street, Suite A
Fayetteville, Georgia 30214
(770) 460-1118 (telephone)
(770) 460-0920 (facsimile)
Hkarrh@rhkpc.com