# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| FELICIA GIBSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) NO. 5:21-CV-00059-TES |
| | ) |
| STANDARD INSURANCE COMPANY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## DISCOVERY STATUS REPORT

Plaintiff Felicia Gibson ("Plaintiff") and Defendant Standard Insurance Company ("Standard") (collectively, the "Parties") submit this Discovery Status Report in accordance with the Court's Rules 16 and 26 Order dated April 20, 2021.

Standard produced to Plaintiff a bates-label copy of the 1,179-page administrative record on May 24, 2021. Plaintiff has informed Standard that it may propound additional written discovery requests after a complete review of this administrative record. No depositions are currently scheduled, and the Parties have not had any expert discovery issues during this action's discovery period. The Parties currently anticipate that all discovery will be completed on or before the close of this action's discovery period on November 16, 2021.

This 17th day of September, 2021.

/s/ *Heather Kendall Karrh*             /s/ *Elizabeth J. Bondurant*

| | |
|---|---|
| Heather Kendall Karrh<br>Georgia Bar No. 408379<br><br>Attorney for Plaintiff<br><br>ROGERS, HOFRICHTER & KARRH, LLC<br>225 S. Glynn Street<br>Suite A<br>Fayetteville, Georgia 30214<br>(770) 460-1118 (telephone)<br>(770) 460-1920 (facsimile)<br>hkarrh@rhkpc.com | Elizabeth J. Bondurant<br>Georgia Bar No. 066690<br>*/s/ Brendan H. White*<br>Brendan H. White<br>Georgia Bar No. 458315<br><br>Attorneys for Defendant<br><br>WOMBLE BOND DICKINSON (US) LLP<br>271 17th Street, NW, Suite 2400<br>Atlanta, GA 30363-1017<br>(404) 872-7000 (telephone)<br>(404) 888-7490 (facsimile)<br>lisa.bondurant@wbd-us.com<br>brendan.white@wbd-us.com |

*/s/ Joel Grist*
Joel Grist
Georgia Bar No. 312740

Attorney for Plaintiff

GRIST LAW FIRM
3715 Vineville Avenue
Macon, Georgia 31204
(478) 741-0024 (telephone)
(866) 929-7419 (facsimile)
JoelGrist@TruckLawyer.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing **DISCOVERY STATUS REPORT** was filed using the CM/ECF system, which will automatically provide notice to all attorneys of record by electronic means.

This 17th day of September, 2021.

/s/ *Brendan H. White*
Brendan H. White
Georgia Bar No. 458315
