# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| FELICIA GIBSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| | ) NO. 5:21-CV-00059-TES |
| v. | ) |
| | ) |
| STANDARD INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Now comes Nikole M. Crow, and enters her appearance as counsel for defendant Standard Insurance Company the above-styled action.

Respectfully submitted this the 15th day of October, 2021.

s/ *Nikole M. Crow*
Nikole M. Crow
Georgia Bar No. 198359

Attorney for Standard Insurance Company

WOMBLE BOND DICKINSON (US) LLP
271 17th Street, N.W., Suite 2400
Atlanta, Georgia 30363-1017
(404) 872-7000 (telephone)
(404) 888-7490 (facsimile)
nikole.crow@wbd-us.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel for Defendant Standard Insurance Company certifies that the foregoing **NOTICE OF APPEARANCE** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically provide notice to all attorneys of record by electronic means.

This 15th day of October, 2021.

*s/ Nikole M. Crow*
Nikole M. Crow