IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| FELICIA GIBSON | ) |
| | ) |
| Plaintiff | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 5:21-CV-00059-TES |
| | ) |
| STANDARD INSURANCE COMPANY | ) |
| | ) |
| Defendant | ) |

## NOTICE OF SETTLEMENT

NOW COME plaintiff FELICIA GIBSON and defendant STANDARD INSURANCE COMPANY, by and through their respective attorneys of record, and give notice that the parties have reached an agreement to settle this matter.  Once the settlement has been consummated the parties intend to file a stipulation of dismissal with the Court.

Respectfully Submitted this  23rd  day of November, 2021.

*[signatures on following page]*

*s/Nikole Crow*

Nikole Crow

Georgia Bar No. 198359

Attorneys for Defendant

WOMBLE BOND
DICKINSON (US) LLP
Atlantic Station
271 17th Street, NW, Suite 2400
Atlanta, GA 30363-1017
(404)872-7000 (*Telephone*)
(404)888-7290 (*Facsimile*)
*nikole.crow@wbd-us.com*

*s/Heather K. Karrh*

Heather K. Karrh

Ga. State Bar No.  408379

Attorney for Plaintiff

ROGERS, HOFRICHTER & KARRH,
 LLC
225 S. Glynn Street, Suite A
Fayetteville, GA 30214
(770)460-1118 (*Telephone*)
(770)460-1920 (*Facsimile*)
*hkarrh@rhkpc.com*

*s/Joel Grist*

JOEL GRIST

Georgia Bar No. 312740

Attorney for Plaintiff

GRIST LAW FIRM
3715 Vineville Avenue
Macon, Georgia 31204
(478) 741 - 0024 (*Telephone*)
(866) 929 - 7419 (*Facsimile*)
*JoelGrist@TruckLawyer.com*

2