# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| FELICIA GIBSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) NO. 5:21-CV-00059-TES |
| | ) |
| STANDARD INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Felicia Gibson and Defendant Standard Insurance Company hereby stipulate that this action shall be and the same is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear her/its own costs and expenses of litigation.

This 6th day of December, 2021.

| | |
|---|---|
| */s/ Heather Kendall Karrh* | */s/ Nikole M. Crow* |
| Heather Kendall Karrh | Nikole M. Crow |
| Georgia Bar No. 408379 | Georgia Bar No. 198359 |
| | */s/ Brendan H. White* |
| Attorney for Plaintiff | Brendan H. White |
| | Georgia Bar No. 458315 |
| ROGERS, HOFRICHTER & KARRH, LLC | Attorneys for Defendant |
| 225 S. Glynn Street | |
| Suite A | WOMBLE BOND DICKINSON (US) LLP |
| Fayetteville, Georgia 30214 | 271 17th Street, NW, Suite 2400 |
| (770) 460-1118 (telephone) | Atlanta, GA 30363-1017 |
| (770) 460-1920 (facsimile) | |

hkarrh@rhkpc.com

(404) 872-7000 (telephone)
(404) 888-7490 (facsimile)
nikole.crow@wbd-us.com
brendan.white@wbd-us.com

*/s/ Joel Grist*
Joel Grist
Georgia Bar No. 312740

Attorney for Plaintiff

GRIST LAW FIRM
3715 Vineville Avenue
Macon, Georgia 31204
(478) 741-0024 (telephone)
(866) 929-7419 (facsimile)
JoelGrist@TruckLawyer.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed using the CM/ECF system, which will automatically provide notice to all attorneys of record by electronic means.

This 6th day of December, 2021.

/s/ *Brendan H. White*
Brendan H. White
Georgia Bar No. 458315